# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES ARMSTRONG, Inmate #A81969, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 06-354-DRH |
| | ) |
| ERIC PLOTT, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

On Plaintiff's motion (Doc. 7), **IT IS ORDERED** that this action is voluntarily dismissed without prejudice.  Judgment is entered in favor of Defendants and against Plaintiff.  Plaintiff shall take nothing from this action.

June 21, 2006            By:    /s/   David   RHerndon
*Date*                          *District Judge*